Form defntc7

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:
Marlon Simpson
14445 South Halstead
2e
Harvey, IL 60426
SSN: xxx−xx−6776 EIN: N.A.

Case No. :   19−29812
Chapter :   7
Judge :   Timothy A. Barnes

## AMENDED NOTICE OF DEFICIENCY: POSSIBLE DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed. The deadline in this case is: **November 4, 2019.**

The Clerk has determined that you have failed to file or complete the following required documents:

· **Statement of Monthly Income (Form 122A−1/122A−1Supp).**

If you do not complete and file these documents, your case will be dismissed on the 45th day after your case was filed.

FOR THE COURT

Dated: December 10, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court