Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 19–29812
Chapter: 7
Judge: Timothy A. Barnes

In Re:
  Marlon Simpson
  14445 South Halstead
  2e
  Harvey, IL 60426

Social Security No.:
  xxx–xx–6776

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at:

219 South Dearborn, Courtroom 744, Chicago, IL 60604

on February 12, 2020 at 10:00 AM

TO CONSIDER AND ACT UPON the following: MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002–1

For the Court,

Dated: January 16, 2020

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court