**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MARLON SIMPSON, | ) | No. 19-29812 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Wednesday, February 12, 2020, at 10:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Hon. Timothy A. Barnes in Courtroom No. 744 at 219 South Dearborn Street, Chicago, Illinois and present the attached **Motion to Dismiss Debtor with Notice Under Local Rule 2002-1**, at which time and place you may appear if you so desire.

                                            CATHERINE STEEGE, not individually but as
                                            Trustee for Marlon Simpson

                                            BY:      */s/ Catherine Steege*
                                                             One of Her Attorneys

Catherine Steege (06183529)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654-3456
PH:    312/923-2952
FAX:  312/840-7352

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MARLON SIMPSON, | ) | No. 19-29812 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

**MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1**

Catherine Steege, not individually but as interim Chapter 7 trustee for Marlon Simpson, respectfully requests that the Court enter an Order, pursuant to 11 U.S.C. § 707, dismissing the above-captioned Chapter 7 case, and states:

1. The first meeting of creditors in this Chapter 7 case was scheduled for December 10, 2019. The Debtor failed to appear. The meeting was continued until January 14, 2020. The Debtor again failed to appear.

2. Cause exists to dismiss the Debtor's Chapter 7 bankruptcy case because of the Debtor's failure to attend his first meeting of creditors which is causing unreasonable delay in the case.

3. In the event that this case is not dismissed, the Trustee also requests, for cause shown, that the Court extend the time period for objecting to the Debtor's discharge until a date after the first meeting of creditors is concluded.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order:

A. Dismissing the Debtor's Chapter 7 case;

B. In the event that the Court does not dismiss the Debtor's Chapter 7 case, extending the time period to object to the Debtor's discharge until after the Debtor's 341 meeting; and

   C. Granting such other and further relief as may be just.

          Respectfully submitted,

          CATHERINE STEEGE, not individually but as
          interim Chapter 7 Trustee for Marlon Simpson


        BY:  */s/ Catherine Steege*
          One of Her Attorneys

Catherine Steege (06183529)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654-3456
PH: 312/923-2952
FAX: 312/840-7352

DATED: January 15, 2020

United States Bankruptcy Court
Northern District of Illinois

In re:  
Marlon Simpson  
      Debtor

Case No. 19-29812-TAB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: vvirgen      Page 1 of 1      Date Rcvd: Jan 16, 2020  
                  Form ID: pdf011      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.  
db          +Marlon Simpson,   14445 South Halstead,   2e,   Harvey, IL 60426-1857

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:

        Catherine L. Steege, ESQ   on behalf of Trustee Catherine L. Steege, ESQ csteege@jenner.com, csteege@ecf.axosfs.com  
        Catherine L. Steege, ESQ   csteege@jenner.com, csteege@ecf.axosfs.com  
        Michael V Ohlman   on behalf of Debtor 1 Marlon  Simpson mvohlman@ohlmanlaw.com, admin@ohlmanlaw.com  
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov  
                                                                                                                              TOTAL: 4